UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMANDA JACKSON, for M.L., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:04CV714 FRB ) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) |

### JUDGMENT

In accordance with the Memorandum and Order filed herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that the decision of the Commissioner is **AFFIRMED**, and this case is **DISMISSED** with prejudice.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this _24th_ day of August, 2005.